United States District Court
Northern District of Alabama
Western Division

| | |
|---|---|
| United States of America, | ] |
| Plaintiff, | ] |
| vs. | ] |
| | ] 16-CR-229-LSC-HGD |
| Brett William Kirkham, | ] |
| Defendant. | ] |

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable Harwell G. Davis, III, United States Magistrate Judge entered on the 5th day of January, 2017 (Doc. 28) denying the motion to suppress filed by the Defendant on November 28, 2016 (Doc. 20). In addition, this court has made a de novo determination of those findings and portions objected to by the Defendant.

It is Ordered that the Report and Recommendation of the Honorable Harwell G. Davis, III, United States Magistrate Judge entered the 5th day of January, 2017 (Doc. 28) denying the motion to suppress be accepted as entered.  This court adopts the report and recommendation as the Order of this court as if the same were set forth at this point *in extenso*.  The

motion to suppress filed by the Defendant on November 28, 2016 (Doc. 20) is DENIED.

    Done this 14th day of February, 2017.

                                    _____
                                        L. SCOTT COOGLER
                              UNITED STATES DISTRICT JUDGE